# Exhibit 1



# TWINS SPECIAL

| | |
|---|---|
| **Reg. No. 4,848,711** | TWINS SPECIAL LLC (CALIFORNIA LIMITED LIABILITY COMPANY) <br> P.O. BOX 7103 |
| **Registered Nov. 10, 2015** | RANCHO SANTA FE, CA 92067 |
| **Int. Cl.: 28** | FOR: SPORTS EQUIPMENT FOR BOXING AND MARTIAL ARTS, NAMELY, BOXING GLOVES, BOXING BAGS, PUNCHING MITTS, BELLY PROTECTORS, GROIN PROTECTORS AND SHIN GUARDS; CHEST PROTECTORS FOR SPORTS; BOXING RINGS; FIGHTING CAGES FOR USE WITH MARTIAL ARTS; MARTIAL ARTS GLOVES; ATHLETIC PROTECTIVE PADS FOR CHEST, ABDOMEN, BELLY, SHINS AND HEAD FOR USE WITH MARTIAL ARTS; PUNCHING BAGS; BAGS SPECIALLY ADAPTED FOR SPORTS EQUIPMENT; ATHLETIC EQUIPMENT, NAMELY, HAND WRAPS AND MOUTH GUARDS; SKIPPING ROPE; ATHLETIC SUPPORTERS; ATHLETIC EQUIPMENT, NAMELY, ANKLE GUARDS, SHIN GUARDS AND HEAD GUARDS; ABDOMINAL PROTECTORS; MARTIAL ARTS KICKING PADS; MARTIAL ARTS PUNCHING PADS; MARTIAL ARTS TRAINING EQUIPMENT; TRAINING APPARATUS FOR BOXING, MARTIAL ARTS, AND SIMILAR SPORTS; ATHLETIC SPORTING GOODS, NAMELY, ATHLETIC WRIST AND JOINT SUPPORTS; ALL THE FOREGOING RELATING TO BOXING OR MARTIAL ARTS AND NOT RELATING TO ANY OTHER SPORTS OR SPORTS TEAM, LEAGUE, MASCOT OR STADIUM, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50). |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | |

FIRST USE 2-0-2003; IN COMMERCE 2-0-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-115,992, FILED 8-25-2010.

SIMON TENG, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

## United States of America
### United States Patent and Trademark Office



**Reg. No. 4,848,712**
**Registered Nov. 10, 2015**
**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**



TWINS SPECIAL LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
P.O. BOX 7103
RANCHO SANTA FE, CA 92067

FOR: SPORTS EQUIPMENT FOR BOXING AND MARTIAL ARTS, NAMELY, BOXING GLOVES, BOXING BAGS, PUNCHING MITTS, BELLY PROTECTORS, GROIN PROTECTORS AND SHIN GUARDS; CHEST PROTECTORS FOR SPORTS; BOXING RINGS; FIGHTING CAGES FOR USE WITH MARTIAL ARTS; MARTIAL ARTS GLOVES; ATHLETIC PROTECTIVE PADS FOR CHEST, ABDOMEN, BELLY, SHINS AND HEAD FOR USE WITH MARTIAL ARTS; PUNCHING BAGS; BAGS SPECIALLY ADAPTED FOR SPORTS EQUIPMENT; ATHLETIC EQUIPMENT, NAMELY, HAND WRAPS AND MOUTH GUARDS; SKIPPING ROPE; ATHLETIC SUPPORTERS; ATHLETIC EQUIPMENT, NAMELY, ANKLE GUARDS, SHIN GUARDS AND HEAD GUARDS; ABDOMINAL PROTECTORS; MARTIAL ARTS KICKING PADS; MARTIAL ARTS PUNCHING PADS; MARTIAL ARTS TRAINING EQUIPMENT; TRAINING APPARATUS FOR BOXING, MARTIAL ARTS, AND SIMILAR SPORTS; ATHLETIC SPORTING GOODS, NAMELY, ATHLETIC WRIST AND JOINT SUPPORTS; ALL THE FOREGOING RELATING TO BOXING OR MARTIAL ARTS AND NOT RELATING TO ANY OTHER SPORTS OR SPORTS TEAM, LEAGUE, MASCOT OR STADIUM, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 2-0-2006; IN COMMERCE 2-0-2006.

THE MARK CONSISTS OF THE WORDS "TWINS SPECIAL" INSIDE A CRESCENT. THE LETTER "T" IS PRESENTED LARGER THAN THE REST OF THE WORDING AND IS DISPLAYED WITH FIVE STARS ABOVE "WINS" IN "TWINS". THE "S" IN "SPECIAL" OVERLAYS THE "T" IN "TWINS".

SER. NO. 85-116,029, FILED 8-25-2010.

SIMON TENG, EXAMINING ATTORNEY

Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

  *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

  *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
  *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

## United States of America
### United States Patent and Trademark Office



**Reg. No. 4,848,713**
**Registered Nov. 10, 2015**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

TWINS SPECIAL LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
P.O. BOX 7103
RANCHO SANTA FE, CA 92067

FOR: SPORTS EQUIPMENT FOR BOXING AND MARTIAL ARTS, NAMELY, BOXING GLOVES, BOXING BAGS, PUNCHING MITTS, BELLY PROTECTORS, GROIN PROTECTORS AND SHIN GUARDS; CHEST PROTECTORS FOR SPORTS; BOXING RINGS; FIGHTING CAGES FOR USE WITH MARTIAL ARTS; MARTIAL ARTS GLOVES; ATHLETIC PROTECTIVE PADS FOR CHEST, ABDOMEN, BELLY, SHINS AND HEAD FOR USE WITH MARTIAL ARTS; PUNCHING BAGS; BAGS SPECIALLY ADAPTED FOR SPORTS EQUIPMENT; ATHLETIC EQUIPMENT, NAMELY, HAND WRAPS AND MOUTH GUARDS; SKIPPING ROPE; ATHLETIC SUPPORTERS; ATHLETIC EQUIPMENT, NAMELY, ANKLE GUARDS, SHIN GUARDS AND HEAD GUARDS; ABDOMINAL PROTECTORS; MARTIAL ARTS KICKING PADS; MARTIAL ARTS PUNCHING PADS; MARTIAL ARTS TRAINING EQUIPMENT; TRAINING APPARATUS FOR BOXING, MARTIAL ARTS, AND SIMILAR SPORTS; ATHLETIC SPORTING GOODS, NAMELY, ATHLETIC WRIST AND JOINT SUPPORTS; ALL THE FOREGOING RELATING TO BOXING OR MARTIAL ARTS AND NOT RELATING TO ANY OTHER SPORTS OR SPORTS TEAM, LEAGUE, MASCOT OR STADIUM, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 2-0-2003; IN COMMERCE 2-0-2003.

SER. NO. 85-116,042, FILED 8-26-2010.

SIMON TENG, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

   *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

   *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
   *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

   You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.